IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FINANCIAL FREEDOM ACQUISITION, LLC. )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>RHONDA J. FITZPATRICK, UNITED STATES )<br>OF AMERICA SECRETARY OF HOUSING )<br>AND URBAN DEVELOPMENT, CITY OF )<br>HERRIN, UNKNOWN HEIRS/DEVISEES OF )<br>MARY A. WHITECOTTON, CORA SWEET, )<br>MARTY PRICE, BRENDA PRICE, MAURICE )<br>SWEET, UNKNOWN HEIRS AND LEGATEES )<br>OF VIRGIL WHITECOTTON, and UNKNOWN )<br>OWNERS AND NON-RECORD CLAIMANTS, )<br>)<br>    Defendants. ) | Civil No. 11-cv-30-JPG-SCW |

## **RULE 54(b) JUDGMENT**

This matter having come before the Court, defendant United States Secretary of Housing and Urban Development having disclaimed and waived his claim, and the Court having found no just reason for delay in entry of judgment on the claim involving the United States Secretary of Housing and Urban Development,

IT IS HEREBY ORDERED AND ADJUDGED that the claim involving defendant United States Secretary of Housing and Urban Development is dismissed with prejudice and that the United States Secretary of Housing and Urban Development has no claim to the property at issue in this case and has waived his redemption rights.

The remainder of this case is remanded to the Circuit Court of the First Judicial Circuit, Williamson County, Illinois.

**DATED: February 7, 2011**         NANCY J. ROSENSTENGEL, Clerk of Court

        **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**